Anne M. Bevington (SBN 111320)
Tino X. Do (SBN 221346)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
(510) 906-4710
abevington@sjlawcorp.com
tdo@sjlawcorp.com

Attorneys for Appellants Automotive Industries Health & Welfare Trust Fund and Automotive Industries Pension Trust Fund

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
2/25/2019

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES HEALTH AND WELFARE TRUST FUND, et al., <br><br> Appellants, <br><br> v. <br><br> RANDY SUGARMAN, LIQUIDATED TRUSTEE, <br><br> Appellee. | Case No. 4:19-cv-00828-YGR <br><br> **VOLUNTARY DISMISSAL** |

Appellants Automotive Industries Health & Welfare Trust Fund and Automotive Industries Pension Trust Fund hereby voluntarily dismiss with prejudice their appeal to the United States District Court for the Northern District of California from the *Order Sustaining in Part and Denying in Part Liquidating Trustee's Objection to Claim by Automotive Industries Health & Welfare Trust Fund and Automotive Industries Pension Fund.*

Dated: February 19, 2019        SALTZMAN & JOHNSON LAW
                                CORPORATION


                         By:    /S/ Anne Bevington
                                Anne M. Bevington
                                Tino X. Do
                                Attorneys for Appellants Automotive Industries
                                Health & Welfare Trust Fund and Automotive
                                Industries Pension Trust Fund